UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLEN EGGERS, individually and derivatively on behalf of WJA MANAGEMENT, INC., a California corporation, and as a Trustee of WJA Management, Inc. Defined Benefit Pension Plan,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES HANSEN, an individual, WESTERN JET AVIATION, a California corporation, WESTERN JET AVIATION, a Nevada corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:23-cv-00085-LRH-CSD<br><br>ORDER |

Before the Court is Plaintiffs' Motion to Remand to State Court. ECF No. 13. Defendants have not filed a response and the time to file any response has since passed.

Local Rule 7-2(d) states: "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

IT IS THEREFORE ORDERED that the Plaintiffs' Motion to Remand (ECF No. 13) is **GRANTED**. The Clerk of Court shall REMAND this action, 3:23-cv-00085-LRH-CSD, to the Second Judicial District for the State of Nevada.

IT IS SO ORDERED.

DATED this 17th day of July, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE